**FILED**
CLERK, U.S. DISTRICT COURT
SEPTEMBER 11, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: YS DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,

Plaintiff[s],

v.

**[UNDER SEAL]**,

Defendant[s].

No. 2:26-cv-07282-AH-DSRx

ORDER RE: UNSEALING OF CASE

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel*. VERITY INVESTIGATIONS, LLC,

Plaintiff,

v.

PRIME ASIA LEATHER COMPANY,

Defendant.

No. 2:26-cv-07282-AH-DSRx

ORDER RE: UNSEALING OF CASE

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION]

The United States of America ("United States"), having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed, and the Relator shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States to Decline Intervention are both unsealed, and the Relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: SEPTEMBER 11, 2026

ANNE HWANG
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

I served the [PROPOSED] ORDER RE: UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: September 11, 2026. Place of e-mailing: Los Angeles, California.

Person(s) and/or entity(s) to whom e-mailed:

Raymond K. Wright
Law Office of Raymond K. Wright, Inc.
1950 W. Corporate Way #22686
Anaheim, CA 92801
Telephone: (949) 342-6101
Raymond@rkwrightlaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2026, at Los Angeles, California.

JULIE MORALES